In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-23-00264-CV
_____

**H. W. LOCHNER, INC. AND ROBERT CAGLE, Appellants**

**V.**

**ANUM SADRUDDIN ALI, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF SARAFAZ KAROWADIA, AND AS NEXT FRIEND OF A.K., A MINOR, SIMI ALTAF KASOWADIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ALTAF KASOWADIA, AND AS NEXT FRIEND OF Z.K., A MINOR, AND KULSUMBEN KAROWADIA, INDIVIDUALLY, Appellees**

_____

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-207572**
_____

**MEMORANDUM OPINION**

H. W. Lochner, Inc. and Robert Cagle, Appellants, and Anum Sadruddin Ali, Individually, and as representative of the Estate of Sarafaz Karowadia, and as Next Friend of A.K., a minor, Simi Altaf Kasowadia, Individually and as representative of the Estate of Altaf Kasowadia, and as Next Friend of Z.K., a minor, and

Kulsumben Karowadia, Individually, Appellees, filed a Joint Motion to Dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a). The parties to the appeal filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 22, 2024
Opinion Delivered May 23, 2024

Before Golemon, C.J., Johnson and Wright, JJ.